IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 MC 64**

| | |
|---|---|
| RICKY DEAN HARDEE,<br>　　　　　Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　　Respondent. | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Petitioner Ricky Dean Hardee to allow **Robert E. Barnes** to appear *Pro Hac Vice*, dated May 29, 2007 [doc. # 3].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Hardee has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 4, 2007

Graham C. Mullen
United States District Judge